# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* 1431 W Somerset Street Philadelphia, PA 19132 | ) ) ) ) ) ) Case No. 25-mj-315 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Attachment A

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

❑ evidence of a crime;

❑ contraband, fruits of crime, or other items illegally possessed;

❑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Robbery affecting interstate commerce |
| 18 U.S.C. § 924(c)(1)(A)(ii) | using and carrying a firearm during a crime of violence |
| 18 U.S.C. § 922(g) | possessing a firearm as a felon |

The application is based on these facts:

see affidavit

☑ Continued on the attached sheet.

❑ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA Robert Roth FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ via telephone _____ *(specify reliable electronic means).*

Date: ___2/11/2025___

*Jose R. Arteaga, USMJ*
_____
*Judge's signature*

City and state: Philadelphia, PA

Honorable José R. Arteaga USMJ
_____
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>1431 W Somerset Street Philadelphia, PA<br>19132 | )<br>)<br>)<br>)<br>)<br>) |

Case No.    25-mj-315

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Pennsylvania _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ February 25, 2025 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the duty magistrate.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    _____ 2/11/2025 at 4:24pm _____          *Jose R. Arteaga, USMJ*
                                                                                              *Judge's signature*

City and state:      _____ Philadelphia, PA _____          Honorable José R. Arteaga USMJ
                                                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>   25-mj-315 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE SEARCH OF
1431 W SOMERSET STREET
PHILADELPHIA, PA 19132

Case No. 25-mj-315

### AFFIDAVIT IN SUPPORT OF AN
### APPLICATION UNDER RULE 41 FOR A
### WARRANT TO SEARCH AND SEIZE

### INTRODUCTION AND AGENT BACKGROUND

I, Robert Roth, hereby depose and state as follows:

1.      I make this affidavit in support of applications for a search warrant, in relation to

the arrest of Miguel Olivero on outstanding federal arrest warrant, and I make this affidavit under

Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the

examination of the property 1431 W Somerset Street Philadelphia, PA 19132[1] for Miguel

Olivero[2],  a  fugitive who is wanted on an outstanding federal warrant for violations of 18 U.S.C.

§ 1951 (Hobbs Act Robbery) and 18 U.S.C. § 924(c) (using, carrying, and brandishing of a

firearm in connection with Hobbs Act Robberies) and 18 U.S.C. § 922(g) (possession of firearm

by a felon).

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have

been since January 17, 2021. I am thus a "federal law enforcement officer" as defined by Federal

---

[1] 1431 West Somerset Street (TARGET LOCATION) is a red brick building with no buildings
located directly to either side.  The TARGET LOCATION is aluminum window coverings and a
red door.
[2] The Government is aware of Olivero's DOB and is not revealing it for personal identifying
information reasons.

Rule of Criminal Procedure 41(a)(2)(C). During my tenure as an agent I have participated in and personally conducted several investigation of the violations of law outlined above.

3.      The information contained in this affidavit is based upon my personal knowledge, information provided to me by other investigators, officers with the FBI and Philadelphia Police Department. This affidavit is intended to show only that there is sufficient probable cause for the warrant to enter the property at 1431 W. Somerset Street Philadelphia, Pa 19132 and arrest Miguel Olivero.

## PROBABLE CAUSE

4.      The United States is seeking to arrest Miguel Olivero, who is the subject of an outstanding federal arrest warrant in connection with an indictment, charging him with two counts of robbery affecting interstate commerce in violation of 18 U.S.C. § 1951(a), two counts of using and carrying a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii), and possessing a firearm as a felon in violation of 18 U.S.C. § 922(g). Olivero was indicted on January 16, 2025, in the United District Court for the Eastern District of Pennsylvania at Criminal Number 25-24. An arrest warrant was issued that day and remains outstanding.

5.      In an attempt to locate and arrest Olivero, I participated in surveillance of the area of 1431 W. Somerset Avenue, Philadelphia.  Prior to conducting surveillance, I was made aware of Olivero's appearance through review of investigative materials including as being the case agent on the prosecution of the charges filed at 25-24, mentioned above.  On February 11, 2025, your affiant observed Miguel Olivero walking on the sidewalk and enter 1431 W Somerset Street

2

at approximately 12:15 pm.  Olivero approached the front door, and a woman opened the door and let him in. Your affiant and law enforcement have eyes on the premises, and he has not left.

FBI investigators, have no other information tying Olivero to the address and in an abundance of caution seek this warrant to enter the residence to arrest him on his outstanding federal warrant. While the TARGET LOCATION is not currently a known address of record for Olivero, it has been my experience that fugitives and other individuals involved in criminal activity such as Olivero routinely exploit and/or maintain third party residences or locations not readily linked to them, to thwart police surveillance, avoid capture and conceal their whereabouts.  The absence of any utility, real estate, or DMV records connecting Olivero to the TARGET LOCATION, combined with my observations establishes probable cause to believe that Olivero is currently within the TARGET LOCATION.

I therefore respectfully request that the Court issue the attached warrant authorizing the search of the TARGET LOCATION for the person of Olivero, in order that Olivero may be arrested.

Respectfully submitted,

/S/ Robert Roth
_____
Robert Roth
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me via telephone.
On:  February 11, 2025

*Jose R. Arteaga, USMJ*
_____
HONORABLE JOSÉ R. ARTEAGA
UNITED STATES MAGISTRATE JUDGE

4

**ATTACHMENT A**

1431 W Somerset Street is a standalone row home with red brick on the front and no houses on either side.  The home has aluminum window coverings and a red door.



## **ATTACHMENT B**

Miguel Olivero. 5'7" 130 lbs Hispanic Male, Brown Eyes, Tattoos on neck, rose tattoo on one hand and LA Dodgers tattoo on the other hand.

